FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN -7 PM 3:42

CLERK
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY OLIVER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV418-132 |
| APPLE, INC., | ) |
| Defendant. | ) |

## O R D E R

Before the Court is Defendant's Motion to Stay. (Doc. 5.) On June 5, 2018, the Judicial Panel on Multidistrict Litigation conditionally transferred this case to the Northern District of California. (Doc. 5, Attach 1.) Defendant now requests a stay in this case pending the finalization of that conditional transfer. (Doc. 5.) Defendant contends that staying this action "will conserve judicial resources, avoid duplicative litigation, and increase efficiency and consistency." (Id. at 5.)

After careful consideration, the Court agrees that there is good cause warranting a stay in this case. Accordingly, the Court hereby **GRANTS** Defendant's motion. The proceedings in this case are **STAYED** pending transfer of the case to the Northern District of California. However,

the parties are **ORDERED** to provide the Court with an update as to the status of the case within ninety days of the date of this order.

SO ORDERED this 7th day of June 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA