# U.S. District Court
## Southern District of Georgia (Savannah)
## CIVIL DOCKET FOR CASE #: 4:18−cv−00132−WTM−GRS

| | |
|---|---|
| Oliver v. Apple, Inc. | Date Filed: 06/01/2018 |
| Assigned to: Judge William T. Moore, Jr | Jury Demand: Defendant |
| Referred to: Magistrate Judge G. R. Smith | Nature of Suit: 190 Contract: Other |
| Demand: $5,350,000 | Jurisdiction: Diversity |
| Case in other court:  Superior Court of Chatham County, SPCV18−00526 | |
| Cause: 28:1332 Diversity−Breach of Contract | |

**Plaintiff**

**Anthony Oliver**  represented by  **Anthony Oliver**
1502 Benton Blvd.
Apt. 5108
Savannah, GA 31407
912−220−5842
PRO SE

V.

**Defendant**

**Apple, Inc.**  represented by  **Robert L. Ashe , III**
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree St., NW
Suite 3900
Atlanta, GA 30309
404−881−4169
Email: ashe@bmelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2018 | Ï 1 | NOTICE OF REMOVAL by Apple, Inc. from Superior Court of Chatham County, case number SPCV18−00526−WA. ( Filing fee $ 400 receipt number 113J−2385391). (Attachments: # 1 Exhibit A − Complaint for Damages and Demand for Jury Trial, # 2 Exhibit B − General Civil Case Filing Information Form, # 3 Exhibit C − Summons, # 4 Exhibit D − Rule 3.2 Certification and Standing Order Notice, # 5 Exhibit E − Entry of Service, # 6 Exhibit F − Civil Cover Sheet)(evs) (Entered: 06/01/2018) |
| 06/01/2018 | Ï 2 | Disclosure Statement pursuant to Local Rule 7.1.1 by Apple, Inc. (Ashe, Robert) Modified on 6/1/2018 (evs). (Entered: 06/01/2018) |
| 06/01/2018 | Ï 3 | General ORDER pursuant to Federal Rule of Civil Procedure 26(f). Signed by Magistrate Judge G. R. Smith on 6/1/18. (Attachments: # 1 Litigants' Bill of Rights) (evs) (Entered: 06/01/2018) |
| 06/01/2018 | Ï 4 | REMOVAL NOTICE to all counsel of record re 1 Notice of Removal. (evs) (Entered: 06/01/2018) |

| | | |
|---|---|---|
| 06/05/2018 | Ï 5 | Emergency MOTION to Stay [Unopposed] and Notice of Conditional Transfer Order by Apple, Inc. Responses due by 6/19/2018. (Attachments: # 1 Exhibit 1 – 2018–06–05 Conditional Transfer Order (CTO–4), # 2 Exhibit 2 – Schedule of Related Actions, # 3 Exhibit 3 – 2018–04–04 Transfer Order, # 4 Exhibit 4 – 2018–04–16 Conditional Transfer Order (CTO–1), # 5 Exhibit 5 – 2018–05–04 Conditional Transfer Order (CTO–3), # 6 Exhibit 6 – 2018–04–12 Conditional Transfer Order (CTO–2), # 7 Exhibit 7 – 2018–06–01 Notice of Potential Tag–Along Action, # 8 Exhibit 8 – Proposed Order)(Ashe, Robert) (Entered: 06/05/2018) |
| 06/06/2018 | Ï 6 | RESPONSE to 4 Notice filed by Apple, Inc. (Ashe, Robert) (Entered: 06/06/2018) |
| 06/07/2018 | Ï | MOTIONS REFERRED: 5 Emergency MOTION to Stay [Unopposed] and Notice of Conditional Transfer Order. (jgb) (Entered: 06/07/2018) |
| 06/07/2018 | Ï 7 | ORDER granting re 5 Emergency Motion to Stay. The proceedings in this case are STAYED pending transfer of the case to the Northern District of California. However, the parties are ORDERED to provide the Court with an update as to the status of the case within ninety days of the date of this Order. Signed by Judge William T. Moore, Jr on 6/7/18. (loh) (Entered: 06/07/2018) |
| 06/07/2018 | Ï | Set/Reset Deadlines: Compliance as to Order dated 6/7/18 due by 9/5/2018. (loh) (Entered: 06/07/2018) |
| 06/11/2018 | Ï 8 | Mail Returned as Undeliverable re 4 Notice. Unable to forward. Mail sent to Anthony Oliver. (loh) (Entered: 06/11/2018) |
| 06/12/2018 | Ï 9 | NOTICE of Change of Address by Anthony Oliver. (loh) (Entered: 06/12/2018) |
| 06/13/2018 | Ï 11 | Conditional Transfer Order to MDL ORDER 2827. (Attachments: # 1 Email) (wwp) (Entered: 06/18/2018) |
| 06/18/2018 | Ï 10 | Mail Returned as Undeliverable re 7 Order. Unable to forward. Mail sent to Anthony Oliver. (loh) (Entered: 06/18/2018) |